## FOURTH DEPARTMENT, OCTOBER, 1971

## (October 21, 1971)

In the Matter of STEPHEN E. McCANN, Petitioner, v. VINCENT L. TOFANY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Proceeding dismissed, without costs, upon stipulation. (Review of determination revoking petitioner's driver's license, transferred by order of Onondaga Special Term.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.